STATE OF NEW JERSEY v. THEODORE JACKSON.

March 13, 1984.

Petition for certification denied.

SONDRE SUKIN v. BOARD OF EDUCATION OF THE CITY
OF NORTHFIELD, ETC.

March 13, 1984.

Petition for certification denied.

IN THE MATTER OF JAMES A. LAFFERTY, COUNTY
CORRECTION SERGEANT, ESSEX COUNTY.

March 13, 1984.

Petition for certification denied.

ALBERT J. ROYCE, JR. AND VIRGINIA ROYCE v. RONALD
BRUDER & SUSAN BRUDER.

March 13, 1984.

Petition for certification denied.